FILED 22 JUN '22 13:18 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00221-MO |
| v. | INDICTMENT |
| DELLMON TIMMY SMITH, | 18 U.S.C. § 1708;<br>18 U.S.C. § 111(a), (b) |
| Defendant. | <u>UNDER SEAL</u> |

THE GRAND JURY CHARGES:

## COUNT 1
### (Mail Theft)
### (18 U.S.C. § 1708)

On or about November 22, 2021, in the District of Oregon, defendant **DELLMON TIMMY SMITH** attempted to steal two trays of mail from a post office with the intent to deprive the owners of that mail of its use and benefit.

In violation of Title 18, United States Code, Section 1708.

## COUNT 2
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a), (b))

On or about November 22, 2021, in the District of Oregon, defendant **DELLMON TIMMY SMITH** did forcibly assault, and made physical contact with, Adult Victim 1 (AV1), a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in, or on

account of, the performance of his official duties, and defendant **DELLMON TIMMY SMITH** caused AV1 bodily injury.

In violation of Title 18, United States Code, Section 111(a).

Dated: June 22, 2022

A TRUE BILL.

███████████████████

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Meredith D.M. Bateman*

MEREDITH D.M. BATEMAN, OSB #192273
Assistant United States Attorney